**Order entered May 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00064-CV

**ARNELL, ROLAND SCOTT, Appellant**

**V.**

**ARNELL, MONIKA ELIZABETH, Appellee**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-09155**

## ORDER

Appellee's Unopposed Motion for Extension of Time to File Appellee's Brief is

**GRANTED.** The clerk is directed to file appellee's supplemental brief.

/s/    KERRY P. FITZGERALD
        JUSTICE